Leopold Freiberger v. Globe Indemnity Company.— Motion denied, with

ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.